IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ANTWAUN MAURICE ASHMORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 321-035 |
| | ) | |
| TIMOTHY C. WARD; JERMAINE WHITE; | ) | |
| and JACOB BEASILY, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint without prejudice, and **CLOSES** this case.

SO ORDERED this 20th day of August, 2021, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE